# Order

**Michigan Supreme Court**
**Lansing, Michigan**

Clifford W. Taylor,
Chief Justice

127715(46) (47)

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

ANN COBLENTZ, LEE COBLENTZ, JOHN
LEWANDOWSKI and DEBORAH
LEWANDOWSKI,
      Plaintiffs-Appellants,

v

CITY OF NOVI,
      Defendant-Appellee.

SC: 127715
COA: 255359
Oakland CC: 03-046760-CZ

_____/

     On order of the Court, the motions to limit the record are considered, and they are DENIED.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

_____

p0123

_____
Clerk